﻿Citation Nr: AXXXXXXXX
Decision Date: 06/29/20 Archive Date: 06/29/20

DOCKET NO. 191119-44628
DATE: June 29, 2020

REMANDED

Entitlement to a compensable evaluation for diverticulitis is remanded.

REASONS FOR REMAND

The Veteran served on active duty from December 1988 to July 1994.

This matter comes before the Board of Veterans’ Appeals (Board) on appeal from an April 2019 rating decision by the Department of Veterans Affairs (VA). The Veteran requested direct review.

The Board notes that the Veteran attempted to file a new claim for an increased rating for diverticulitis after the April 2019 rating decision. See April 2019 VA Form 21-526EZ. The Agency of Original Jurisdiction (AOJ) notified him that he had to file an appropriate form to request review of the April 2019 rating decision. See May 2019 VA correspondence. However, the AOJ adjudicated a new claim anyway in a June 2019 rating decision. The Veteran’s November 2019 notice of disagreement (VA Form 10182) explicitly stated that the April 2019 rating decision was being appealed. Because no other proper form had yet been filed requesting review of the April 2019 rating decision, the Board finds that the rating decision on appeal is the April 2019 rating decision and has characterized the issue accordingly. 

Evidence was added to the claim file during a period of time when new evidence was not allowed. See November 2019 VA Form 10182. Therefore, the Board may not consider it. 38 C.F.R. § 20.300. The Veteran may file a Supplemental Claim and submit or identify this evidence. 38 C.F.R. § 3.2501. If the evidence is new and relevant, VA will issue another decision on the claim, considering the new evidence in addition to the evidence previously considered. Id. Specific instructions for filing a Supplemental Claim are included with this decision.

The Board notes that the issue of entitlement to a total disability rating based on individual unemployability due to service-connected disabilities (TDIU) is currently on appeal pursuant to the legal framework in place prior to the Appeals Modernization Act (AMA). See May 2019 Board remand. Thus, the Board will not take jurisdiction of the issue at this time, but it will be the subject of a subsequent Board decision, if otherwise in order.

Entitlement to a compensable evaluation for diverticulitis is remanded.

The Veteran submitted a private medical release for the Floyd Medical Group in February 2019. While he submitted medical records along with the medical release, there is no evidence that full medical records were provided or sought by the AOJ. As a result, there was a pre-decisional duty to assist error, and remand is warranted.

CONTINUED ON NEXT PAGE

The matter is REMANDED for the following action:

The AOJ should attempt to obtain complete medical records from Floyd Medical Group pursuant to the Veteran’s private medical release. The Veteran must assist in the matter by submitting a new release for VA, if applicable.

 

E. I. VELEZ

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Sandler, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.